# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**FRANK DEWAYNE SCHERMERHORN**　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #160229**

v.　　　　　　　　Case No. 2:16-cv-00143-KGB

**STEPHEN WILLIAMS,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Frank DeWayne Schermerhorn's complaint is dismissed without prejudice. The relief sought is denied. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So ordered this 2nd day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristine G. Baker*
　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge